IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STRAITSHOT COMMUNICATIONS, INC., et al.,

    Plaintiffs,

  v.

TELEKENEX, INC., et al.,

    Defendants.

No. C 12-80102 WHA

**ORDER RE BRIEFING SCHEDULE ON CLAIMS OF EXEMPTION**

Plaintiffs seek to enforce a six million dollar judgment from the Western District of Washington against defendants, who have in turn filed claims of exemption to execution. Plaintiffs shall file a response to these claims of exemption by **NOON ON JULY 12, 2012**. Defendants may file replies by **NOON ON JULY 19, 2012**. After reviewing the briefs, it will be determined whether a hearing will be necessary. Plaintiffs shall immediately service this order on defendants.

**IT IS SO ORDERED.**

Dated: July 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE