IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STRAITSHOT COMMUNICATIONS, INC., et al.,

    Plaintiffs,

  v.

TELEKENEX, INC., et al.,

    Defendants.

No. C 12-80102 WHA

**ORDER SETTING BRIEFING SCHEDULE**

Plaintiffs seek to enforce a six million dollar judgment from the Western District of Washington against defendants, who have in turn filed claims of exemption. Defendants have filed a brief in support of their objections. Plaintiffs may file a reply brief by **NOON ON AUGUST 24, 2012**. After reviewing the briefs, it will be determined whether a hearing will be necessary. Defendants shall immediately serve this order on plaintiffs.

**IT IS SO ORDERED.**

Dated: August 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE