IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAITSHOT COMMUNICATIONS, INC., et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>TELEKENEX, INC., et al.,<br><br>    Defendant.<br>_____ / | No. C 12-80102 WHA<br><br>**ORDER DISMISSING ACTION** |

Plaintiff's request for dismissal with prejudice is **GRANTED**. The clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE